# United States Court of Appeals for the Fifth Circuit

No. 24-11052
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
October 1, 2025

Lyle W. Cayce
Clerk

SUSAN SWANSON,

*Plaintiff—Appellant*,

*versus*

BROWN COUNTY SHERIFF DEPARTMENT;
BROWNWOOD POLICE DEPARTMENT;
BROWN COUNTY OF COURT AT LAW;
BROWN COUNTY APPRAISAL DISTRICT; BROOKESMITH SUD;
CITY OF BROWNWOOD, TEXAS; BROWNWOOD PUBLIC LIBRARY;
BROWNWOOD AREA CHAMBER OF COMMERCE;
STEVEN HAYNES, *Attorney*; MARK BESSENT, *Attorney*;
CHRISTOPER MITCHELL, *Attorney*; SAM MOSS, *Judge*,

*Defendants—Appellees*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 6:24-CV-47

Before SMITH, HIGGINSON, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 24-11052

The plaintiff, *pro se*, sued numerous public and private parties per 42 U.S.C. § 1983. Her complaint is replete with rambling incoherence. She claims collusion among, *inter alia*, attorneys, the mayor, and a judge by means such as cyberwarfare and computer crimes. At one point in her brief, she claims "the theft of assets totaling approximately 500,000,000.00 dollars' worth of digital assets, slander and pornographic videos published on the world wide web, and television, totaling into the thousands, and continuing accumulations to this day."

The district properly dismissed with prejudice, finding that the "lawsuit is brought for the purpose of harassing the defendants. It is a malicious lawsuit premised upon claims which are frivolous and without merit [and] is abusive of the civil justice system."

Plaintiff's appeal is frivolous. The judgment of dismissal is AFFIRMED.